UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TODD VANCE, individually and on behalf of all others similarly situated,**

    *Plaintiff*,

v.                                                           Case No. SA-21-CV-0974-JKP

**HVH Homes, LLC, a View Homes Company doing business as Armadillo Homes,**

    *Defendant.*

## ORDER OF DISMISSAL

The Court received this case via transfer from the District of Colorado. Prior to the transfer, Plaintiff had voluntarily dismissed all but one defendant. *See* ECF No. 51. Plaintiff and the remaining defendant recently filed a *Joint Stipulation of Dismissal with Prejudice* (ECF No. 75) to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Given the prior dismissal of the other defendants, the parties have complied with Rule 41(a)(1)(A)(ii). As recognized by the parties, there is no need for a court order to dismiss this action when the requirements of Rule 41(a) have been met. Similarly, as recognized by the parties, there is no need for judicial approval of an FLSA settlement when the parties are represented by counsel and there is a mutual settlement of a bona fide dispute as to the number of hours worked as opposed to a waiver of a plaintiff's substantive FLSA rights. *See Bodle v. TXL Mortg. Corp.*, 788 F.3d 159, 164-65 (5th Cir. 2015); *Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247, 257 (5th Cir. 2012). Because this action has not yet been closed, and in accordance with the filed stipulation, the Court hereby **DISMISSES** this action with prejudice as it pertains to all remaining parties and **DIRECTS the Clerk of Court to close this case**. This case is now dismissed and closed for all purposes.

    **SIGNED this 31st day of January 2022.**

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**